IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA
*ex rel.* HOLLY LOEBL,

    Plaintiffs,

vs.                                                  Case no. 6:16-cv-1722-Orl-37KRS

UROGYNECOLOGY SPECIALISTS
OF FLORIDA, LLC, and
FLORIDA WOMAN CARE, LLC,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on the United States' Notice of Election to Intervene for the Purposes of Settlement under the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4). The Court has considered the record and is otherwise fully advised in the premises:

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    The seal shall be lifted upon the Relator's Complaint, the Relator's Amended Complaint, the United States' Notice of Election to Intervene for Purposes of Settlement, this Order, and any subsequent filings in this action. All other contents of the Court's file in this action shall remain under seal and not be made public.

2.    The seal shall be lifted on all other matters occurring in this action after the date of this Order.

**DONE and ORDERED** in Chambers in Orlando, Florida, this 7th day of June, 2018.

                                                            Roy B. Dalton, Jr.
                                                            UNITED STATES DISTRICT JUDGE



Copies furnished to:

    Jeremy R. Bloor
    Assistant United States Attorney
    400 West Washington St., Suite 3100
    Orlando, FL 32801

    Robert F. Spohrer
    Spohrer & Dodd, P.L.
    701 West Adams Street, Suite 2
    Jacksonville, FL 32204

    David J. Rodziewicz
    Rodziewicz Law, P.IL.
    100 S. Beach St., Suite 212
    Daytona Beach, FL 32114